IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, et al.,[1]<br><br>      Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>      Plaintiff,<br><br>  v.<br><br>MOODY'S INVESTORS SERVICE,<br><br>      Defendant. | <br><br>Adv. Proc. No. 25-50173 (KBO)<br><br>Re: Adv. D.I. 1 |

**STIPULATION TO EXTEND TIME FOR RESPONSIVE PLEADING**

Pursuant to Rule 7012-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, counsel for George Miller, solely as Chapter 7 Trustee of Akorn Holding Company LLC, et al. (the "Plaintiff"), and counsel for Moody's Investors Service (the "Defendant"), hereby stipulate as follows:

1. Plaintiff filed its complaint against Defendant on February 11, 2025 [Adv. D.I. 1] (the "Complaint").

2. This Court issued the summons to the Complaint on April 22, 2025 [Adv. D.I. 3].

3. Defendant's deadline to respond to the Complaint is May 22, 2025.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

DM1\16609868.1

-2-

4. The parties agree that Defendant shall have through and including June 20, 2025, to answer or otherwise plead to the Complaint.

Dated: May 16, 2025

| **Saul Ewing LLP** | **Duane Morris LLP** |
|---|---|
| /s/   *Paige N. Topper*   | /s/  *Sommer L. Ross*   |
| Evan T. Miller (DE Bar No. 5364) | Sommer L. Ross (DE Bar No. 4598) |
| Paige N. Topper (DE Bar No. 6470) | 1201 North Market Street, Suite 501 |
| 1201 N. Market Street, Suite 2300 | Wilmington, DE  19801 |
| Wilmington, DE 19801 | Telephone: 609-504-7203 |
| Telephone: (302) 421-6800 | slross@duanemorris.com |
| evan.miller@saul.com | |
| paige.topper@saul.com | and |
| | |
| *Counsel for Plaintiff* | Charles J. Keeley |
| | (Pro Hac Vice Application to be filed) |
| | 230 Park Avenue, Suite 1130 |
| | New York, NY 10169-0079 |
| | Telephone: (212) 404-8751 |
| | cjkeeley@duanemorris.com |
| | |
| | *Counsel for Defendant* |